No. 666, Misc. EDELMAN v. CALIFORNIA. Appellate Department of the Superior Court of California. Certiorari denied.

No. 667, Misc. CLARK v. EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 669, Misc. KIMBREL v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Frederick Bernays Wiener* for petitioner.

No. 673, Misc. DESSAURE v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Franklin H. Williams* and *Thurgood Marshall* for petitioner.

No. 674, Misc. HALL v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 675, Misc. TENNANT v. RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 676, Misc. MANNING v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 677, Misc. CORDTS v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 678, Misc. WILLIAMS v. NEW YORK. Supreme Court of New York. Certiorari denied.

No. 679, Misc. MEYER v. RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.